**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

PROJECT ON PREDATORY STUDENT
LENDING,

    *Plaintiff,*

    v.

U.S. DEPARTMENT OF EDUCATION,

    *Defendant*

Civil Action No.

## COMPLAINT

1.    Plaintiff Project on Predatory Student Lending ("Plaintiff" or "PPSL") brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to compel Defendant U.S. Department of Education ("Defendant" or "ED") to produce records responsive to fifteen FOIA requests submitted by PPSL. The requests seek records concerning ED's implementation of its stated commitment to providing federal student loan discharges for borrowers who attended certain schools that engaged in widespread misconduct.

2.    Between April 2022 and January 2025, ED announced a series of "Group Discharges." In each Group Discharge announcement, ED identified the set of borrowers who were approved for loan discharges and associated credit repair (as well as refunds in some cases) and stated that borrowers would not have to take any further action to receive relief.

3.    Since the announcements, ED has not publicly released any data or other information about its progress toward fulfilling these commitments to borrowers.

4.    PPSL, meanwhile, has received complaints from hundreds of federal student loan borrowers who are approved for Group Discharge relief but whose relevant loans remain

outstanding.

5. PPSL filed five FOIA requests with ED in November 2023, and another ten FOIA requests in April 2025, each seeking documents relating to ED's process of effectuating the Group Discharges.

6. ED has failed to make a final determination or production of records in response to the requests within the time prescribed by FOIA. Therefore, Plaintiff now files this action for injunctive and declaratory relief.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

8. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

9. Plaintiff Project on Predatory Student Lending is a nonpartisan, nonprofit 501(c)(3) organization incorporated in the Commonwealth of Massachusetts, with its principal place of business at 769 Centre Street, Jamaica Plain, MA 02130. PPSL's mission is to use litigation and advocacy to eliminate predatory practices in higher education, relieve current and future borrowers from fraudulent student loan debt, and drive systemic changes that will make higher education more affordable and equitable for future generations. PPSL submitted the FOIA requests at issue in this action.

10. Defendant U.S. Department of Education is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1). Its headquarters is located at 400 Maryland Avenue, SW,

2

Washington, D.C. 20202. ED has possession, custody, and control of the records responsive to PPSL's FOIA requests.

## FACTS

**ED's Group Discharges**

11.    Between April 2022 and January 2025, ED issued a series of decisions granting discharges of federal student loans associated with institutions of higher education that, ED found, had engaged in widespread misconduct and deception of their students.

12.    In 2022, ED announced that it would discharge all federal student loans borrowed to attend any campus owned by the following institutions during the specified periods: (i) Marinello Schools of Beauty ("Marinello") from 2009 through February 2016; (ii) Corinthian Colleges, Inc. ("Corinthian") from 1995 through April 2015; (iii) ITT Technical Institute ("ITT") from January 1, 2005, through September 2016; and (iv) Westwood College ("Westwood") from January 1, 2002, through November 17, 2015.

13.    On July 25, 2023, ED announced that it would discharge all federal student loans taken out to attend CollegeAmerica locations in Colorado from January 1, 2006, through the schools' closure in July 2020.

14.    On May 1, 2024, ED announced that it would discharge all federal student loans taken out to attend any Art Institute campus from January 1, 2004, through October 16, 2017.

15.    In January 2025, ED announced that it would discharge all federal student loans borrowed to attend the following institutions, campuses, or programs during the specified periods: (i) any school owned by the Centers for Excellence in Higher Education ("CEHE") from January 1, 2006, through August 1, 2021; (ii) Drake College of Business ("Drake") from January 1, 2008, through July 31, 2015; (iii) the Criminal Justice program at the Lincoln Technical Institute

("Lincoln Tech") campus in Lowell, Massachusetts, from 2010 to 2012, or the Lincoln Tech campus in Somerville, Massachusetts, from 2010 to 2013; and (iv) Ashford University ("Ashford") from March 1, 2009, through April 30, 2020.

16.    In total, the Group Discharge announcements provided federal student loan discharges to over 1.5 million borrowers, representing (by ED's own estimate) more than $23 billion in loan balances.

**PPSL's November 2023 Requests**

17.    On November 6, 2023, PPSL submitted to ED five FOIA requests seeking records related to ED's implementation of the Group Discharges for CollegeAmerica, Corinthian, ITT, Marinello, and Westwood (the "November 2023 Requests").

18.    By way of example, the CollegeAmerica request sought:

(1) Any and all internal policies or procedures established or implemented by Federal Student Aid (FSA) to effectuate the CollegeAmerica Announcement and/or address account errors related to the discharge of CollegeAmerica-related loans, from July 25, 2023, to the present.

(2) Any and all formal or informal guidance provided by FSA to Missouri Higher Education Loan Authority (MOHELA), Nelnet, Edfinancial, Aidvantage/Maximus, ECSI, and/or Default Resolution Group (together, the "Servicers") regarding how to effectuate the CollegeAmerica Announcement and/or how to handle account errors relating to the discharge of CollegeAmerica-related loans, from July 25, 2023, to the present.

(3) Any and all formal or informal guidance provided by FSA to commercial holders of Federal Family Education Loans (the "FFEL Holders") regarding how to effectuate the CollegeAmerica Announcement and/or how to handle account errors relating to the discharge of CollegeAmerica-related loans, from July 25, 2023 to the present.

(4) Any and all communications or records of communications between FSA personnel and representatives of the Servicers regarding the CollegeAmerica Announcement and/or the handling of borrower accounts with outstanding federal student loans from CollegeAmerica, from July 25, 2023 to the present.

(5) Any and all communications or records of communications between FSA personnel and representatives of the FFEL Holders regarding the CollegeAmerica

Announcement and/or the handling of borrower accounts with outstanding federal student loans from CollegeAmerica, from July 25, 2023 to the present.

(6) Any and all documents, audits, and reports relating to effectuation of the CollegeAmerica Announcement, including but not limited to compliance audits or reviews relating to account errors for CollegeAmerica borrowers, from July 25, 2023 to the present, including:

    a. Any audits, reviews, or analysis performed by Department or FSA personnel;

    b. Any audits, reviews, or analysis performed by the Servicers or the FFEL Holders;

    c. Any audits, reviews, or analysis performed by third-party auditors or other vendors at the request of FSA, the Department, the Servicers, the FFEL Holders, or Congress.

(7) Any and all applicable contractual requirements and change requests between FSA and the Servicers and/or the FFEL Holders related to the effectuation of the CollegeAmerica Announcement and/or discharge of CollegeAmerica-related loans.

(8) Any and all records reflecting how many borrowers still had federal student loans relating to CollegeAmerica outstanding (*i.e.,* not discharged) as of October 1, 2023.

19. The other four November 2023 Requests were identical, except for the school for which the Group Discharge was announced and the date on which it was announced.

20. In each of the November 2023 Requests, PPSL sought a full waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use.

21. On November 7, 2023, ED confirmed receipt of the November 2023 Requests and assigned each request a Request Number: 24-00362-F (CollegeAmerica), 24-00361-F (Corinthian), 24-00359-F (ITT), 24-00363-F (Marinello), 24-00360-F (Westwood).

22. In each confirmation, ED indicated that no additional information was needed to process the request and that there were currently no fees associated with the request.

23. The confirmations each stated that "the current average request processing time is 185 business days"—significantly longer than the 20-business-day limit imposed by FOIA.

24.     On December 8, 2023, ED sent PPSL a status update for each November 2023 Request. The status updates stated that the November 2023 Requests were forwarded to "the appropriate office(s) within the Department to conduct a search for any responsive records" and that the requests were "still being processed."

25.     As of the date of this Complaint, PPSL has not received a final determination from ED or a production of responsive records for any of the November 2023 Requests.

26.     In ED's online FOIA portal, each November 2023 Request number is still listed as "In Process" as of July 1, 2026.

**PPSL's April 2025 Requests**

27.     On April 1, 2025, PPSL submitted five additional FOIA requests to ED seeking additional records relating to Group Discharge processing for the same five school groups: CollegeAmerica, Corinthian, ITT, Marinello, and Westwood (the "April 1, 2025, Requests").

28.     By way of example, the April 1, 2025, CollegeAmerica request sought "any and all records reflecting how many borrowers still have federal student loans outstanding (*i.e.,* not discharged) relating to the CollegeAmerica Announcement" and "all evidence of CollegeAmerica's misconduct, including documentation of evidence, which led to the determination to discharge CollegeAmerica-related loans as announced in the CollegeAmerica Announcement, and as discussed in the Department's CollegeAmerica Executive Summary."

29.     The other four April 1, 2025 Requests were identical, except for the school for which the Group Discharge was announced.

30.     In the April 1, 2025 Requests, PPSL again sought a full waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use.

31.     On April 2, 2025, ED confirmed receipt of the April 1, 2025 Requests and assigned each request a Request Number: 25-03134-F (CollegeAmerica), 25-03135-F (Corinthian), 25-03131-F (ITT), 25-03132-F (Marinello), 25-03137-F (Westwood).

32.     In the confirmations, ED indicated that no additional information was needed to process the requests and that there were currently no fees associated with the requests.

33.     Again, the confirmations each stated that "the current average request processing time is 185 business days."

34.     On April 8, 2025, PPSL submitted five more FOIA requests to ED seeking records concerning ED's implementation of Group Discharges that had been announced since the November 2023 Requests were submitted: the Art Institutes, Ashford, CEHE, Drake, and Lincoln Tech (the "April 8, 2025 Requests").

35.     By way of example, the April 8, 2025 Art Institutes request sought:

(1) Any and all internal policies or procedures established or implemented by Federal Student Aid (FSA) to effectuate the Art Institutes Announcement and/or address account errors related to the discharge of Art Institutes-related loans, from January 1, 2021, through to the date that this request is fulfilled.

(2) Any and all formal or informal guidance provided by FSA to Missouri Higher Education Loan Authority (MOHELA), Nelnet, Edfinancial, Aidvantage/Maximus, ECSI, and/or Default Resolution Group (together, the "Servicers") regarding how to effectuate the Art Institutes Announcement and/or how to handle account errors relating to the discharge of Art Institutes-related loans, from January 1, 2021, through to the date that this request is fulfilled.

(3) Any and all formal or informal guidance provided by FSA to commercial holders of Federal Family Education Loans (the "FFEL Holders") regarding how to effectuate the Art Institutes Announcement and/or how to handle account errors relating to the discharge of Art Institutes-related loans, from January 1, 2021, through to the date that this request is fulfilled.

(4) Any and all communications or records of communications between FSA personnel and representatives of the Servicers regarding the Art Institutes Announcement and/or the handling of borrower accounts with outstanding federal student loans from Art Institutes, from January 1, 2021, through to the date that this request is fulfilled.

7

(5) Any and all communications or records of communications between FSA personnel and representatives of the FFEL Holders regarding the Art Institutes Announcement and/or the handling of borrower accounts with outstanding federal student loans from Art Institutes, from January 1, 2021, through to the date that this request is fulfilled.

(6) Any and all documents, audits, and reports relating to effectuation of the Art Institutes Announcement, including but not limited to compliance audits or reviews relating to account errors for Art Institutes borrowers, from January 1, 2021, through to the date that this request is fulfilled, including:

    a. Any audits, reviews, or analysis performed by Department or FSA personnel;

    b. Any audits, reviews, or analysis performed by the Servicers or the FFEL Holders;

    c. Any audits, reviews, or analysis performed by third-party auditors or other vendors at the request of FSA, the Department, the Servicers, the FFEL Holders, Guarantee Agencies or Congress.

(7) Any and all applicable contractual requirements and change requests between FSA and the Servicers and/or the FFEL Holders and/or Guarantee Agencies related to the effectuation of the Art Institutes Announcement and/or discharge of Art Institutes-related loans from January 1, 2021, through to the date that this request is fulfilled.

(8) Any and all records reflecting how many borrowers who enrolled at The Art Institutes between January 1, 2004, and October 16, 2017, still had federal student loans outstanding (*i.e.,* not discharged) relating to the Art Institutes Announcement on a) May 1, 2024, and b) the date that this request is fulfilled.

(9) All evidence of Art Institutes' misconduct, including documentation of evidence, which led to the determination to discharge Art Institutes-related loans as announced in the Art Institutes Announcement, and as discussed in the Department's Art Institute Executive Summary. *See* The Art Institutes Borrower Defense Executive Summary, Department of Education, *available at* https://perma.cc/GXW4-H7DV. This includes but is not limited to recommendation memos and decision memos.

36.    The other four April 8, 2025 Requests were identical, except for the school for which the Group Discharge was announced and the date on which it was announced.

37.    In the April 8, 2025 Requests, PPSL again sought a full waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use.

38.　　On April 9, 2025, ED confirmed receipt of the April 8, 2025 Requests and assigned each request a Request Number: 25-03217-F (Art Institutes), 25-03219-F (CEHE), 25-03220-F (Drake), 25-03221-F (Lincoln), 25-03218-F (Ashford).

39.　　In the confirmations, ED indicated that no additional information was needed to process the requests and that there were currently no fees associated with the requests.

40.　　Again, the confirmations each stated that "the current average request processing time is 185 business days."

41.　　As of the date of this Complaint, PPSL has not received a final determination from ED or a production of responsive records for any of the April 2025 Requests.

42.　　In ED's online FOIA portal, each request number is still listed as "In Process" as of July 1, 2026.

**ED's Failure to Make Determinations or Produce Records**

43.　　More than 20 working days have passed since PPSL submitted each of the November 2023 Requests, the April 1, 2025 Requests, and the April 8, 2025 Requests (together, the "FOIA Requests").

44.　　ED has not made a final determination on or produced records in response to any of PPSL's FOIA Requests.

**CLAIM FOR RELIEF**
**Violation of FOIA, 5 U.S.C. § 552(a)**

45.　　Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

46.　　PPSL has a right under FOIA, 5 U.S.C. § 552(a), to the records responsive to its FOIA Requests and to a fee waiver.

9

47.    ED did not make a determination on any of Plaintiff's FOIA Requests within the statutory time limit.

48.    ED has failed to promptly and reasonably review agency records for the purpose of locating records that are responsive to Plaintiffs' FOIA Requests.

49.    There is no legal basis for ED's failure to produce the responsive records.

## PRAYER FOR RELIEF

WHEREFORE, PPSL requests that this Court:

A.    Declare that ED's failure to provide the records responsive to PPSL's FOIA request is unlawful;

B.    Order ED to make the requested records available to PPSL at no cost and without delay;

C.    Award PPSL its costs and reasonable attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

D.    Grant such other relief as this Court may deem just and proper.


Respectfully submitted,


_/s/ Rebecca C. Ellis_
Rebecca C. Ellis (BBO# 685729)
Rebecca C. Eisenbrey (BBO# 708699)
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 322-2548
rellis@ppsl.org
reisenbrey@ppsl.org

10