**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PROJECT ON PREDATORY STUDENT LENDING, | |
| *Plaintiff*, | Civil Action No. 1:26-CV-13040-NMG |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, | |
| *Defendant* | |

**<u>AFFIDAVIT OF SERVICE</u>**

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby declare that service of the complaint and summonses in the above-captioned litigation has taken place in the following manner:

1.      On July 1, 2026, Plaintiff Project on Predatory Student Lending initiated the above-captioned matter in the U.S. District Court for the District of Massachusetts. On July 1, 2026, the Court issued signed summonses for service. On July 2, 2026, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Massachusetts Civil Process Clerk, the U.S. Attorney General, and U.S. Department of Education. Service was effectuated by USPS Certified Mail. *See* Fed. R. Civ. P. 4(i). A true and correct copy of the Certified Mail Receipts is attached in Exhibit A.

2.      According to USPS Tracking, service of process was effectuated at 1:08 pm on July 6, 2026, on the U.S. Attorney for the District of Massachusetts, Civil Process Clerk, at John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210. A true and correct copy of the USPS Tracking Results demonstrating service on the U.S. Attorney for the District of Massachusetts is attached in Exhibit B.

3.      According to USPS Tracking, service of process was effectuated at 5:02 am on July 13, 2026, on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530. A true and correct copy of the USPS Tracking Results demonstrating service on the U.S. Attorney General is attached in Exhibit C.

4.      According to USPS Tracking, service of process was effectuated at 9:43 am on July 10, 2026, on the U.S. Department of Education, Office of the General Counsel, at 400 Maryland Avenue SW, Washington, DC 20202. A true and correct copy of the USPS Tracking Results demonstrating service on the U.S. Department of Education is attached in Exhibit D.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026                    By:    /s/ Rebecca Eisenbrey
                                               Rebecca C. Eisenbrey (BBO# 708699)
                                               PROJECT ON PREDATORY
                                               STUDENT LENDING
                                               769 Centre Street
                                               Jamaica Plain, MA 02130
                                               Phone: (617) 322-2808
                                               reisenbrey@ppsl.org