# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.
Washington, DC 20530

Certified Mail Fee  $5.30
$                                    $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $2.17
$
Total Postage and Fees
$7.47

Sent To  U.S. Attorney General
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave NW
City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.
Boston, MA 02210

Certified Mail Fee  $5.30
$                                    $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $2.17
$
Total Postage and Fees
$7.47

Sent To  US Attorney for D Mass
Street and Apt. No., or PO Box No.  1 Courthouse Way, Ste 9200
City, State, ZIP+4®  Boston, MA 02210

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.
Washington, DC 20202

Certified Mail Fee  $5.30
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $2.17
$
Total Postage and Fees
$7.47

Sent To  U.S. Dept of Education, OGC
Street and Apt. No., or PO Box No.  400 Maryland Ave SW
City, State, ZIP+4®  Washington, DC 20202

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions