Exhibit B

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

# 9589071052703372036001

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on July 6, 2026 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### ● Delivered

**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
July 6, 2026 1:08 PM

**Redelivery Scheduled for Next Business Day**

BOSTON, MA 02210
July 3, 2026 1:03 PM

**Out for Delivery**

BOSTON, MA 02210
July 3, 2026 9:21 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
July 3, 2026 12:06 AM

**Departed Post Office**

JAMAICA PLAIN, MA 02130

Feedback



July 2, 2026 7:58 PM

**USPS in possession of item**
JAMAICA PLAIN, MA 02130
July 2, 2026 10:34 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |

| | |
|---|---|
| **USPS Tracking Plus®** | ⌄ |

| | |
|---|---|
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs