# Exhibit C

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703372036018

Copy          Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 5:02 am on July 13, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 13, 2026 5:02 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                      ⌄

Product Information                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**