Exhibit D

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703372036025

Copy      **Add to Informed Delivery**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on July 10, 2026 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
July 10, 2026 9:43 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

### FAQs